36427, 36428. OLD LINE LIFE INSURANCE COMPANY OF AMERICA et al. v. CITY OF DOUGLASVILLE (two cases).

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED JULY 4, 1980 — DECIDED
SEPTEMBER 24, 1980.

*G. Michael Hartley, Joseph H. Fowler,* for appellants.
*Robert J. James,* for appellee.